UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK FUNDERBURK, ) | |
| ) | |
| Plaintiff, ) | 3:06-CV-0231-RCJ-(RAM) |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| E.K. MCDANIEL, D.W. NEVEN, ) | |
| A.R. ENDEL, R. CHAMBLISS, ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration are Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Robert A. McQuaid Jr. (Docket no. 28). Magistrate Judge McQuaid entered his Report and Recommendation on August 6, 2007 (Docket no. 27), recommending that Defendant's Motion to Dismiss (Docket no. 22) be granted.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, and accepts the Report and Recommendation of Magistrate Judge McQuaid.

IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Robert A. McQuaid Jr. (Docket no. 27) is accepted, and Plaintiff's Objections (Docket no. 28) are overruled.

DATED this 20th day of November, 2007.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE